**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **DARLENE BROWN and KELVIN BROWN, as surviving parents of and putative personal representatives of the Estate of JOSEPH WALTER BROWN, deceased,** )<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| **v.** )<br>) | **CIVIL ACTION NO. 5:24-CV-257 (MTT)** |
| **Commissioner TIMOTHY WARD, et al.,,** )<br>)<br>) | |
| **Defendants.** )<br>) | |

## ORDER

The plaintiffs filed a consent motion to consolidate the above-styled matter with *Brown v. Hatcher*, 5:24-cv-45-MTT. Doc. 24. All defendants in both actions— defendants in 5:24-cv-45-MTT and defendants in 5:24-cv-257-MTT—have consented to this request. *Id*.

Pursuant to Fed. R. Civ. P. 42(a), the Court may consolidate actions involving a common question of law or fact. Here, both cases are wrongful death actions against Georgia Department of Corrections ("GDC") officials brought by the parents of Joseph Walter Brown ("J.B.") for their son's death at Macon State Prison. Doc. 24 at 2. Both cases raise substantially similar claims, and therefore it is reasonable to conclude that these actions involve a common question of law or fact. Accordingly, the Court **ORDERS** that *Brown v. Hatcher*, No. 5:24-cv-45-MTT be **CONSOLIDATED** into *Brown v. Ward*, No. 5:24-cv-257-MTT and that case *Brown v. Hatcher*, No. 5:24-cv-45-MTT be **ADMINISTRATIVELY CLOSED**. To avoid any confusion, the plaintiffs are **ORDERED**

not to include the caption of 5:24-cv-45-MTT in any future filings in this action and not to file any pleadings in 5:24-cv-45-MTT.  Rather, all future filings in these consolidated proceedings should be made exclusively in 5:24-cv-257-MTT.  The Court **ORDERS** that all parties shall submit a proposed revised scheduling order in 5:24-cv-257-MTT by November 22, 2024.

**SO ORDERED**, this 29th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT